# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| A.M. King Industries, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| GTL Energy Plant 1 LLC aka GTLE Dakota Plant 1 LLC, | ) Case No. 1:15-cv-148 |
| Defendant. | ) |

Before the court is a "Stipulation to Amend Scheduling Discovery Plan" filed by the parties on June 28, 2016. The court **ADOPTS** the stipulation (Docket No. 22) and amends its scheduling order as follows:

3. The parties shall have until November 15, 2016, to complete fact discovery and file discovery motions.

4. The parties shall simultaneously provide the names of expert witnesses and complete reports under Rule 26(a)(2) on December 17, 2016.

5. The parties shall have until January 30, 2017, to complete discovery depositions of expert witnesses.

6. The parties shall have until September 15, 2016, to join additional parties.

7. The parties shall have until September 15, 2016, to move to amend pleadings to add claims or defense and claims for punitive damages.

8. The parties shall have until January 30, 2017, to file other nondispositive motions (e.g., consolidation, birfucation).

10. The parties shall have until March 2, 2017, to file other dispositive motions.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2016.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court